# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRILO GUZMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY SHERIFF'S DEPT., et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00770-SAB (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IN FORMA PAUPERIS APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee in full.

Accordingly,

IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;
2. Within thirty (30) days from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $400.00 filing fee in full; and

///

///

///

///

1

3. Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **May 30, 2014**

UNITED STATES MAGISTRATE JUDGE