# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRILO GUZMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>KERN COUNTY SHERIFF'S DEPT., et al.,<br><br>    Defendants.<br>_____ | Case No.: 1:14-cv-00770-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>[ECF No. 4] |

   Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee in full.

   On May 30, 2014, the Court sent Plaintiff an in forma pauperis application and directed him to complete and submit the necessary application or pay the $400.00 filing fee within thirty days from the date of service.  The thirty days has expired and Plaintiff has failed to respond and/or comply with the Court's order.

   Accordingly,

   IT IS HEREBY ORDERED that Plaintiff is directed to show cause within thirty days from the date of service of this order why the action should not be dismissed for failure to comply with a court order.  Failure to respond and/or comply with this order will result in dismissal of the action.

IT IS SO ORDERED.

Dated: __July 16, 2014__

             _____
             UNITED STATES MAGISTRATE JUDGE